On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

In the Matter of R.M., Appellant.

Submitted January 4, 2016; decided March 29, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

STEWART TITLE INSURANCE COMPANY, Suing in its Own Right and as Subrogee and Assignee of Herold Duroseau and Others, Respondent, v WINGATE, KEARNEY & CULLEN, Also Known as WINGATE, KEARNEY & CULLEN, ESQS., et al., Appellants.

Submitted February 1, 2016; decided March 29, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ANTHONY VILLAFANE, Appellant, v THOMAS J. SPOTA III, Respondent.

Submitted January 25, 2016; decided March 29, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ISAAC WIDERMAN, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted January 19, 2016; decided March 29, 2016